IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAX ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3131 |
| | ) | |
| v. | ) | |
| | ) | |
| SANTEE COMMUNITY SCHOOL and | ) | ORDER TO SHOW CAUSE |
| MORRIS BATES, Individually | ) | |
| and as Superintendent of | ) | |
| Santee Community Schools, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court *sua sponte*. On June 4, 2007, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. No such report has been received by the court.

Accordingly,

IT IS ORDERED, the parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before September 4, 2007, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 20th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge