IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAX ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3131 |
| | ) | |
| v. | ) | |
| | ) | |
| SANTEE COMMUNITY SCHOOL, and | ) | ORDER |
| MORRIS BATES, Individually | ) | |
| and as Superintendent of | ) | |
| Santee Community Schools, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On the court's own motion,

IT IS ORDERED:

The Rule 16 telephone planning conference is rescheduled from December 26, 2007 to January 3, 2008 at 9:00 a.m. Plaintiff's counsel shall initiate the call.

DATED this 4th day of December, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge