```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MAX ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3131 |
| | ) | |
| v. | ) | |
| | ) | |
| SANTEE COMMUNITY SCHOOL and | ) | MEMORANDUM AND ORDER |
| MORRIS BATES, Individually | ) | |
| and as Superintendent of | ) | |
| Santee Community Schools, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

A telephone conference was held on January 3, 2008, at which defendant's counsel suggested that the case be transferred to Omaha, subject to later objection by the plaintiff.

No objection has been filed.

IT THEREFORE HEREBY IS ORDERED:

1.   This case is transferred to the Omaha docket.

2.   The clerk's office is directed to reassign the case to an Omaha Article III judge and to an Omaha magistrate judge.

DATED this 23rd day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge