IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAX ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SANTEE COMMUNITY SCHOOL and | ) | 4:07CV3131 |
| MORRIS BATES, Individually and as | ) | |
| Superintendent of Santee Community | ) | ORDER |
| Schools, | ) | |
| | ) | |
| Defendant. | ) | |

Upon moving counsel's representation that plaintiff's counsel does not intend to oppose the motion,

**IT IS ORDERED** that defendant's Motion to Amend Scheduling Order [24] is granted, and the Final Progression Order [20] is amended as follows:

1. Trial is continued from November 4, 2008 to **Tuesday, April 14, 2009.**

2. The final pretrial conference is continued from October 20, 2008 to **March 16, 2009 at 10:00 a.m.**

3. All progression order deadlines which have not already expired are extended for a period of **130 days**.

4. Since the discovery and expert witness disclosure deadlines have already expired, counsel shall jointly file a proposed revised schedule if further discovery or expert witness disclosures are necessary.

DATED September 10, 2008.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**