IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MAX ALLEN,** | ) | **CASE NO. 4:07CV3131** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **SANTEE COMMUNITY SCHOOL and MORRIS BATES, Individually and as Superintendent of Santee Community Schools,** | ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Motion to Extend Brief (Filing No. 32). Plaintiff seeks an extension of time to file his brief in response to Defendants' Motion for Summary Judgment (Filing No. 26). Several additional matters are currently pending before the Court: the Plaintiff's Motion to Strike Motion for Summary Judgment (Filing No. 29); Defendants' Motion to Amend Scheduling Order (Filing No. 30) and Plaintiff's Objection to the Motion to Amend (Filing No 31). Plaintiff requests that the deadline for his response to Defendants' Motion for Summary Judgment be extended twenty (20) days beyond the Court's ruling on the Plaintiff's Motion to Strike (Filing No. 29). For good cause shown, the Plaintiff's request for an extension of time will be granted.

Accordingly,

  IT IS ORDERED:

  1. The Plaintiff's Motion to Extend Brief (Filing No. 32) is granted; and

  2. The Plaintiff's brief in response to Defendants' Motion for Summary Judgment (Filing No. 26) shall be filed within 20 days of the Court's ruling on the Plaintiff's Motion to Strike (Filing No. 29).

DATED this 19th day of December, 2008.

            BY THE COURT:

            s/Laurie Smith Camp
            United States District Judge