IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAX ALLEN, | ) | Case No. 4:07CV3131 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| SANTEE COMMUNITY SCHOOL, | ) | DESTROYED |
| and MORRIS BATES, Individually | ) | |
| and as Superintendent of Santee | ) | |
| Community Schools, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for plaintiff and defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

(exhibit numbers 1-4, 7-9, 13, 15-26, 30, 31, 45, 48-52, 106, 107, 113-117, 120 / jury trial / April 14-16, 2009)

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 10th day of September, 2010.

s/Laurie Smith Camp
United States District Judge